**SEDGWICK LLP**
WAYNE A. WOLFF (Bar No.161351)
wayne.wolff@sedgwicklaw.com
DAVID D. MESA (Bar No. 257488)
david.mesa@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:	415.781.7900
Facsimile:	415.781.2635

Attorneys for Defendant
HOWMEDICA OSTEONICS CORP (erroneously sued herein as "Howmedica Osteonics Corporation")

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SARA CARROLL,<br><br>          Plaintiff,<br><br>     v.<br><br>STRYKER CORPORATION and DOES 1 TO 100 INCLUSIVE,<br><br>          Defendant. | **CASE NO. 2:15-cv-02280-WBS-EFB**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Judge:    Hon. William B. Shubb |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties to this action, through their counsel of record, that they are authorized to enter into this stipulation and that pursuant to the provisions of Federal Rule of Civil Procedure 41, the above-captioned case be dismissed "with prejudice" in its entirety.  Each party will bear its own costs of this action.

DATED: August 18, 2016            LAW OFFICES OF STEVEN H. SCHULTZ


                                   By:    */s/ Steven H. Schultz (authorized on 8/18/16)*
                                          Steven H. Schultz, Esq.
                                          Attorneys for Plaintiff
                                          SARA CARROLL

1  DATED: August 18, 2016        SEDGWICK LLP

2

3                                 By:         /s/ *Wayne A. Wolff*
                                      Wayne A. Wolff
4                                     Attorneys for Defendants HOWMEDICA
                                      OSTEONICS CORP (erroneously sued herein as
5                                     "Howmedica Osteonics Corporation")

6

7                                 **FILER'S ATTESTATION**

8      Pursuant to Civil Local Rule No. 131(e), I hereby attest that I, Wayne A. Wolff, received

9  the concurrence the parties on August 18, 2016, in the filing of this document.

10                                     /s/ *Wayne A. Wolff*

11                                     **ORDER**

12

13  **IT IS HEREBY ORDERED** that the above-captioned action by Plaintiff Sara Carroll is

14  hereby dismissed in its entirety with prejudice.  Each party will bear its own costs of this action.

15  Dated: August 18, 2016

16                                 WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28